Paul SCHILLING and Sadie Schilling, Plaintiffs in Error, v. ST. PAUL FIRE & MARINE INSURANCE COMPANY, Defendant in Error.

Circuit Court of Appeals, Second Circuit. November 12, 1928.

No. 59.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

For opinion below, see 29 F.(2d) 607.

William Lyman, of New York City, for plaintiffs in error.

S. J. Rosenblum, of New York City (Charles G. F. Wahle, of New York City, of counsel), for defendant in error.

PER CURIAM. Affirmed, on the authority of Northern Assurance Co. v. Grand View Building Association, 183 U. S. 308, 22 S. Ct. 133, 46 L. Ed. 213; Lumber Underwriters v. Rife, 237 U. S. 605, 35 S. Ct.

717, 59 L. Ed. 1140; Fidelity-Phenix Ins. Co. v. Queen City, etc., Co., 3 F.(2d) 784 (C. C. A. 4).